**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08 C 50176

Martinez v. Correct Care Solutions, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Leopoldo Martinez

FILED
AUGUST 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Daniel P. Kiss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Daniel P. Kiss | |
| FIRM | |
| Law Office of Lawrence V. Jackowiak | |
| STREET ADDRESS   20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6256211 | TELEPHONE NUMBER  312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐        NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐        NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?           YES X        NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |