## United States District Court for the Northern District of Illinois

Case Number: _08 C 50174_

Assigned/Issued By: _____

---

### FEE INFORMATION

**Amount Due:** ☒ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _350—_

Date Paid: _8-18-08_

Receipt #: _3027617_    0752000000000

Fiscal Clerk: _____

---

### ISSUANCES

**Type Of Issuance:**    ☒ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

F I L E D

AUG 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_5_ Original and _0_ copies on _8-18-08_ as to _all defts_
(Date)

_____

_____

C:\wpwin80\docket\fecinfo.frm   01/01