AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

| | | |
|---|---|---|
| Leopoldo Martinez, | CASE NUMBER: | **08 C 50176** |
| V. | ASSIGNED JUDGE: | |
| Correct Care Solutions, et al., | DESIGNATED MAGISTRATE JUDGE: | **JUDGE KAPALA** <br> **MAGISTRATE JUDGE MAHONEY** |

TO: (Name and address of Defendant)

McHenry County Jail
Kim Young, M.D.,
Attn: Office of Legal Affairs
2200 North Seminary Avenue
Woodstock, Illinois 60098

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 (312) 795-9595

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**August 18, 2008**
_____
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 8-18-2008 |
| NAME OF SERVER *(PRINT)* Edyta McFarland | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Sent via certified mail to McHenry County Jail ATTN: Office of Legal Affairs at 2200 North Seminary Avenue, Woodstock IL 60098

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-18-2008        *[signature]* Edyta McFarland
           Date              Signature of Server

Address of Server:
LAW OFFICES OF
LAWRENCE V. JACKOWIAK
20 N. CLARK, SUITE 1700
CHICAGO, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.